# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

## MEMO ENDORSED

December 30, 2020

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. James Martin**
     **20 Cr. 461 (ER)**

Dear Judge Ramos,

> Defendant James Martin's request to travel to the District of New Jersey to attend his grandmother's funeral on January 5, 2021 is granted.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 12/30/2020
> New York, New York

    With the consent of the Government, I respectfully write on behalf of my client, James Martin, to request that he be given permission to travel to the District of New Jersey, on January 5th, 2021, to attend his grandmother's funeral. The funeral will be held at Mount Rest Cemetery, in Butler, New Jeresy. Mr. Martin will communicate his whereabouts with his Pre-Trial Services (PTS) officer Mohammed Ahmed. PTS does not oppose Mr. Martin traveling to the District of New Jersey for his grandmother's funeral. I have conferred with Assistant United States Attorney Peter Davis, who does not object to this request.

    On June 12, 220, the following bail conditions were set for for Mr. Martin by Judge Freeman: $200,000 PRB signed by three FRPs; Travel Limited to SDNY/EDNY; Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Drug Testing/Treatment As Directed by PTS; Home Detention; Electronic Monitoring; Deft to Continue or Seek Employment; Deft Not to Possess Firearm/Destructive Device/Other Weapon. Mr. Martin has abided by the conditions of his bond, and stayed in constant communication with his PTS officer.

Respectfully submitted,
/s/
Christopher Flood
Assistant Federal Defender

cc:    All counsel on record (ECF)