# Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

**MEMO ENDORSED**

Deirdre D. von Dornum
*Attorney-in-Charge*

January 26, 2021

*By ECF*
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> Sentencing is adjourned to March 16, 2021 at 11:00 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/28/2021__
> New York, New York

Re:   *United States v. James Martin,* **20 Cr. 461 (ER)**

Honorable Judge Ramos:

With the consent of the Government, I write on behalf of my client, Mr. James Martin, to respectfully request that the sentencing hearing, presently scheduled in the above-captioned case for February 3, 2021, be adjourned to March 16, 2021 at 11 A.M. The parties agree that the proceedings should take place in person. This adjournment is requested to allow the Defense to meet and review the Presentence Investigation Report with Mr. Martin, and to prepare the Defense sentencing submission.

I have discussed this matter with Assistant United States Attorney Peter Davis who, on behalf of the Government, consents to this request.

Thank you for considering this matter.

                                                Respectfully Submitted,

                                                    /s/
                                              Christopher A. Flood
                                              Assistant Federal Public Defender
                                              Federal Defenders of New York
                                              *Counsel for Mr. James Martin*

cc: AUSA Peter Davis, *by ECF*