USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/9/2021

# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 6, 2021

*By Email*
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. James Martin,* 20 Cr. 461 (ER)

Honorable Judge Ramos:

With the consent of the Government and Pretrial Services, I write on behalf of my client, Mr. James Martin, to respectfully request a modification of the conditions of his release. Specifically, we ask that Mr. Martin no longer be subject to electronic monitoring.

Since his arrest on June 11, 2020, among other conditions of release, Mr. Martin has been subject to home detention with electronic monitoring. I have confirmed with Pretrial Services Officer Mohammed Ahmed that Mr. Martin is in, and has always maintained, full compliance with the conditions of his release. Officer Ahmed further confirmed that Pretrial Services has no objection to the requested modification.

I have also discussed this matter with Assistant United States Attorney Peter Davis who, on behalf of the Government, consents to the requested modification.

Thank you for considering this request.

Respectfully Submitted,

/s/Christopher A. Flood
Christopher A. Flood
Assistant Federal Public Defender
Federal Defenders of New York
*Counsel for Mr. James Martin*

cc:   AUSA Peter Davis, *by ECF*
Pretrial Services Officer Mohammed Ahmed, *by email*

**SO ORDERED:**

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
DATED: August 9, 2021