**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

August 25, 2021

*VIA ECF*

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

The application is __x__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: 09/01/2021
New York, New York

Re:   *United States v. James M[artin]*
      20 Cr. 461 (ER)

Honorable Judge Ramos:

I write on behalf of my client James Martin, to request that the date of his surrender to the Bureau of Prisons (BOP), currently scheduled for Thursday, September 2, 2021, be extended by sixty days.

As of today's date, my understanding is that the United States Bureau of Prisons has not designated a facility to which Mr. Martin will surrender, thereby necessitating his surrender to the United States Marshalls at 500 Pearl Street, and his detention pending BOP designation at either the MCC or the MDC. A sixty-day extension of Mr. Martin's surrender date would allow the BOP to designate him to a facility.

I have discussed this request with Assistant United States Attorney Peter Davis, who, on behalf of the Government, does not take a position on this request.

If Your Honor requires additional information, I may be reached at the number below, or at Christopher_Flood@fd.org.

Thank you for considering this application.

Respectfully Submitted,
/s/
Christopher A. Flood
Federal Defenders of New York
Counsel for Mr. James Martin

cc:   AUSA Peter Davis, Esq. (ECF)